AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Computers and Electronic Storage Devices in Columbia, South Carolina, 29223

Case No.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Computers and Electronic Storage Devices in Columbia, South Carolina, 29223, as futher described in Attachment A to the Affidavit.

located in the _____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence related to Violations of 18 U.S.C. 2252A, as is more fully described in Attachment B to the Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)and(e) | Production and Conspiracy to Produce of Child Pornography |
| 18 U.S.C. § 2252A | Receipt, Distribution, Possession of Child Pornography/Enterprise Participation |
| 18 U.S.C. § 2422 | Coercion and Enticement |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jacquelyn K. Hamelryck, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
Date: August 1, 2018

*Judge's signature*

City and state: Columbia, South Carolina

Paige Jones Gossett, U.S. Magistrate Judge
*Printed name and title*